UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

LAWRENCE MITCHELL PARKIN,

    Plaintiff,

v.                                    Case No. 8:22-cv-2715-WFJ-SPF

NAPHCARE, INC., *et al.*,

    Defendants.
_____/

## ORDER

    This matter is before the Court on review of the file. Mr. Parkin had until May 22, 2023, to file an amended complaint (*See* Docs. 14, 16). He was warned this action would be dismissed if he failed to timely file an amended complaint (*See* Doc. 14, p. 3). Because Mr. Parkin has failed to timely file an amended complaint, this action is **DISMISSED** without prejudice for failure to prosecute. The Clerk must close this case.

    ORDERED in Tampa, Florida, on May 30, 2023.

_____
WILLIAM F. JUNG
UNITED STATES DISTRICT JUDGE

Copy furnished to:
Lawrence Mitchell Parkin, *pro se*